# STATE OF MICHIGAN

# COURT OF APPEALS

CHEMICAL TECHNOLOGY, INC.,

  Plaintiff-Appellant,

v

BERKSHIRE AGENCY, INC., doing business as
CAPITAL INSURANCE GROUP,

  Defendant-Appellee,

and

AMERICAN EMPIRE SURPLUS LINES,

  Defendant.

UNPUBLISHED
July 26, 2016

No.   326394
Wayne Circuit Court
LC No.   14-007723-CB

Before:  METER, P.J., and SHAPIRO and O'BRIEN, JJ.

SHAPIRO, J. (*concurring*)

  I disagree with the majority's conclusion that under *Harts v Farmers Ins Exch*, 461 Mich 1; 597 NW2d 47 (1999) an independent insurance agent owes no general duty to advise an insured about the adequacy of coverage.  That case addressed whether a captive insurance agent, i.e., an insurance agent whose principal was the insurer not the insured, owed a general duty to advise an insured about the adequacy of coverage.  See *id*. at 6-7.  It did not, however, address whether an independent insurance agent, i.e., an insurance agent whose principal was the insured, owes the insured a duty to advise with regard to the coverage procured.  Accordingly, I would conclude that defendant did owe plaintiff a duty.  However, I concur in the result because plaintiff failed to present sufficient evidence that the duty to advise regarding coverage was breached.

  /s/ Douglas B. Shapiro

-1-